■ WILLIAM SHEMIN v. CITY OF NEW YORK et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARY JACKO v. MARGARET VOHLIDKA, Individually and as Executrix of STEPHEN VITARIUS, Deceased.— Motion for leave to reargue, and for a stay pending such reargument, denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNHARDT PEGUESE.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS L. BROWN.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ ESTELLE A. HOLMES et al. v. R. H. MACY & CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ MATILDA WIDMER, as Administratrix of JOSEPH WIDMER, Deceased, v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ ALBERT SUSSELL et al. v. MILLROD ASSOCIATES, INC. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ROBERT L. BRADFORD against JAMES E. MULCAHY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST DENT and LESSIE DENT. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ JULIUS J. VENUSTI v. EDWARD E. SULLIVAN et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ GABRIEL LICHTENSTEIN et al., v. EMIL LEVITT et al. EMIL LEVITT et al. v. PELMAD CORPORATION et al.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.